# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS, PEORIA DIVISION

| | |
|---|---|
| CHARLES S. WARREN, | ) |
| Plaintiff, | ) |
| v. | ) No. 08-CV-1172 |
| JOHN M. BRIGGS, et al., | ) |
| Defendants. | ) |

## REPORT AND RECOMMENDATION

BYRON G. CUDMORE, U.S. MAGISTRATE JUDGE:

This case is before the Court for a Report and Recommendation on the motion of *pro se* Plaintiff to add Henry Holling, Peoria City Manager, as a party defendant in this cause (d/e 25) and the movant, Henry Holling's, response (d/e 28).

In light of the undersigned's previous Report and Recommendation (d/e 22) filed in this cause on December 17, 2008, which was adopted by U.S. District Judge Mihm (d/e 24) on January 21, 2009, wherein the Mayor of the City of Peoria, Jim Ardis, was dismissed as a defendant due to the finding of no supervisory liability under 42 U.S.C. 1983, it is recommended that Plaintiff's motion be denied.  Analysis from that Report and Recommendation (d/e 22) in

pertinent part is incorporated as if fully set forth herein. City Manager Henry Holling is the Chief Executive Officer of the City of Peoria and exercises general supervision of all City departments. The Court recommends that he be found not to be a proper party-defendant, and not liable in his individual capacity under 42 U.S.C. 1983 for the unconstitutional conduct of the officers solely because of his supervisory position. Additionally, as the City of Peoria is already a defendant herein, the Court recommends that Holling be found not a proper party-defendant in his official capacity.

WHEREFORE, the Court RECOMMENDS that *pro se* Plaintiff's motion to add Henry Holling, Peoria City Manager, as a party defendant in this cause (d/e 25) be DENIED.

Any objections to this Report and Recommendation must be filed in writing with the Clerk of the Court within ten working days after service of a copy of this Report and Recommendation. See 28 U.S.C. § 636(b)(1). Failure to timely object will constitute a waiver of objections on appeal. Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538, 539 (7th Cir. 1986). See also Local Rule 72.2.

ENTER:   March 4, 2009

*s/ Byron G. Cudmore*
_____
BYRON G. CUDMORE
UNITED STATES MAGISTRATE JUDGE