E-FILED
Wednesday, 25 March, 2009  10:27:10 AM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| CHARLES S. WARREN, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 08-1172 |
| JOHN M. BRIGGS, et al., | ) |
| Defendants. | ) |

### O R D E R

On March 4, 2009, a Report & Recommendation was filed by Magistrate Judge Byron G. Cudmore in the above captioned case. More than ten (10) days have elapsed since the filing of the Report & Recommendation, and no objections have been made. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Lockert v. Faulkner, 843 F.2d 1015 (7th Cir. 1988); and Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538, 539 (7th Cir. 1986). As the parties failed to present timely objections, any such objections have been waived. Id.

The relevant procedural history is sufficiently set forth in the comprehensive Report & Recommendation of the Magistrate Judge. Suffice it to say that Plaintiff has brought this litigation alleging false arrest, excessive force, unreasonable search and seizure, and assault and battery in conjunction with his arrest for "walking on a highway," resisting arrest, and obstruction of justice; these charges were subsequently dismissed. He further alleges claims for failure to train the officers and an unconstitutional policy of condoning misconduct by the officers. The Court previously dismissed Mayor Jim Ardis from this

action after finding no basis for individual liability and that any official capacity claim would be duplicative of the claim against the City of Peoria.

Warren now seeks to add Henry Holling, City Manager for the City of Peoria, as a defendant. As there is no basis for individual liability and any official capacity claim would also be duplicative of the claim against the City of Peoria, the Court agrees that no valid purpose would be served by adding Holling as a party defendant in this case. Accordingly, the Court now adopts the Report & Recommendation [#31] of the Magistrate Judge in its entirety. Warren's Motion to Amend/Correct by adding Holling as a party [#25] is DENIED, and this matter is referred to Magistrate Judge Cudmore for further proceedings.

ENTERED this 25th day of March, 2009.

s/Michael M. Mihm
Michael M. Mihm
United States District Judge